**Order entered January 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00570-CV

### AMY LIZETTE VASQUEZ IBARRA, Appellant

### V.

### RICHARDO IBARRA, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-14306**

## ORDER

The reporter's record in this case is overdue. The clerk's record contains an April 15, 2013 request to Glenda Johnson for preparation of the reporter's record. And, by postcards dated May 15, 2013 and August 19, 2013, we notified Court Reporter Glenda Johnson that the reporter's record was overdue. We directed her to file the record within thirty days. To date, we have not received the reporter's record. Therefore, we **ORDER** Court Reporter Glenda Johnson to file either (1) the reporter's record; or (2) written verification that the reporter's fee has not been paid or that arrangements to pay for the record have not been made **WITHIN 10 DAYS** of the date of this order. We **DIRECT** the Clerk of the Court to send copies of this order to all parties, Glenda Johnson, and Judge David Lopez.

/s/     ELIZABETH LANG-MIERS
        JUSTICE